Holly DRACZ, Plaintiff–Counter–
Defendant–Appellant,

v.

AMERICAN GENERAL LIFE INSUR-
ANCE COMPANY, as successor in in-
terest to The Old Line Life Insurance
Company of America, Defendant–
Counter–Claimant–Appellee.

No. 06–12808
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 13, 2006.

Jacqueline K. Taylor, J. Taylor & Asso-
ciates, LLC, Marietta, GA, for Plaintiff–
Counter–Defendant–Appellant.

Alycen A. Moss, Kenan G. Loomis,
Smith Moore, LLP, Atlanta, GA, for De-
fendant–Counter–Claimant–Appellee.

Before DUBINA, BLACK and HULL,
Circuit Judges.

PER CURIAM:

Holly Dracz appeals the district court's
exclusion of two expert witnesses and
grant of summary judgment in favor of
American General Life Insurance Compa-
ny, in Dracz's action against American
General to obtain the proceeds from her
deceased husband's life insurance policy.
After a careful review, we affirm the dis-
trict court's exclusion of the expert wit-
nesses and entry of summary judgment for
the reasons outlined in the district court's
well-reasoned March 31, 2006, and April
13, 2006, orders.

AFFIRMED.